**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed December 10, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00773-CV

## ANNAPURNA RACHAPUDI, Appellant

### V.

## SRINIVASA RACHAPUDI, Appellee

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-268037**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 10, 2020. On November 19, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Spain, and Zimmerer